## Case No. 7,284.
### JENNINGS v. WASHINGTON.
[5 Cranch, C. C. 512.] 1
Circuit Court. District of Columbia. Nov. Term, 1838.

Mr. Dermott, for appellant,

But THE COURT (nem. con.) was of opinion that the by-law in question was justified by the clause in the charter which gives the corporation power "to restrain and prohibit the nightly and other disorderly meetings of slaves, free negroes, and mulattoes." Judgment affirmed, with costs.

## Case No. 7,285.
### JENNY v. CRASE.
[1 Cranch. C. C. 443.] 1
Circuit Court, District of Columbia. July Term, 1807.

Bill for injunction to prevent the defendant [George Crase] from taking away the plaintiff [a negress] out of this county, until he appears and answers a suit at law to try the right of freedom. Injunction refused. Defendant not a resident of the county of Alexandria, nor of the District of Columbia.

The plaintiff merely states her apprehension.